IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD V. DAVIE,

      Plaintiff,    No. CIV S-05-1514 DFL JFM P

  vs.

EDWARD S. ALAMEIDA, JR., et al.,

      Defendants.    ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

/////

/////

1

1  2. Plaintiff shall submit, within thirty days from the date of this order, a fully
2 completed in forma pauperis application. Plaintiff's failure to comply with this order will result
3 in a recommendation that this action be dismissed without prejudice.
4 DATED: August 23, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/001:kf
davi1514.3c

2