IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD V. DAVIE,

     Plaintiff,                        No. CIV S-05-1514 DFL JFM P

    vs.

EDWARD S. ALAMEIDA, JR., et al.,

     Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. By order filed August 23, 2005, plaintiff was directed to file a fully completed request to proceed in forma pauperis. On September 23, 2005, plaintiff filed a completed request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

1

1  In this case, the defendants are located in Riverside and Los Angeles Counties and
2 the claim arose in Los Angeles County, all of which are in the Central District of California.
3 Therefore, plaintiff's claim should have been filed in the United States District Court for the
4 Central District of California.  In the interest of justice, a federal court may transfer a complaint
5 filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire,
6 512 F.2d 918, 932 (D.C. Cir. 1974).

 Accordingly, IT IS HEREBY ORDERED that:

 1. This court has not ruled on plaintiff's request to proceed in forma pauperis; and

 2. This matter is transferred to the United States District Court for the Central
District of California.

DATED:  October 21, 2005.

UNITED STATES MAGISTRATE JUDGE

/001; davi1514.21a

2